1  Camellia Baray, State Bar No. 179219
   BONJOUR, THORMAN, BARAY & BILLINGSLEY
2  24301 Southland Dr., Ste 312
   Hayward, Ca. 94545
3  Telephone:  (510) 785-8400
   Facsimile:   (510) 670-0955
4  camellia@btbandb.com

5  Attorneys for Defendant Ernesto Pecson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  CR 02-40085 DLJ |
|---|---|
| Plaintiff, | ORDER AND STIPULATION CONTINUING HEARING |
| v. | |
| ERNESTO PECSON, | |
| Defendant. | |

The government and Defendant Ernesto Pecson hereby stipulate as follows:

1. The parties are currently scheduled for a status hearing on a supervised release violation on July 6, 2007 at 9:00 a.m. before the Hon. D. Lowell Jensen.

2. This supervised release violation has been trailing Defendant's most current case, which is being heard in front of Judge Walker (docket CR-06-00457 VRW).  Defendant will be sentenced by Judge Walker on July 10, 2007.

STIPULATION AND ORDER
CR 02-40085 DLJ                        1

3.  In the interest of sentencing the defendant on Judge Walker's matter prior to handling his supervised release violation, the parties stipulate that the status hearing currently scheduled for July 6, 2007 be vacated and rescheduled for August 3, 2007 at 9:00 a.m.

IT IS SO STIPULATED.

DATED: June 5, 2007                             _____/S/_____
                                                TRACIE BROWN
                                                Assistant United States Attorney

DATED: June 5, 2007                             _____/S/_____
                                                CAMELLIA BARAY
                                                Attorney for Ernesto Pecson

IT IS SO ORDERED.

DATED: June 7, 2007                             _____
                                                THE HON. D. LOWELL JENSEN
                                                UNITED STATES DISTRICT COURT
                                                JUDGE

STIPULATION AND ORDER
CR 02-40085 DLJ                    2