Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
Telephone: (510) 785-8400
Facsimile: (510) 670-0955
camellia@btbandb.com

Attorneys for Defendant Ernesto Pecson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 02-40085 DLJ |
| Plaintiff, | ORDER AND STIPULATION CONTINUING HEARING |
| v. | |
| ERNESTO PECSON, | |
| Defendant. _____/ | |

The government and Defendant Ernesto Pecson hereby stipulate as follows:

1. The parties are currently scheduled for a status hearing on a supervised release violation on August 3, 2007 at 9:00 a.m. before the Hon. D. Lowell Jensen.

2. This supervised release violation has been trailing Defendant's most current case, which is being heard in front of Judge Walker (docket CR-06-00457 VRW). Defendant will be sentenced by Judge Walker on August 14, 2007.

STIPULATION AND ORDER
CR 02-40085 DLJ                            1

3. In the interest of sentencing the defendant on Judge Walker's matter prior to handling his supervised release violation, the parties stipulate that the status hearing currently scheduled for August 3, 2007 be vacated and rescheduled for September 14, 2007 at 9:00 a.m.

IT IS SO STIPULATED.

DATED: July 6, 2007                               _____/s/_____
                                                                                       TRACIE BROWN
Assistant United States Attorney

DATED: July 6, 2007                               _____/s/_____
                                                                                       CAMELLIA BARAY
Attorney for Ernesto Pecson

IT IS SO ORDERED.

DATED: July 10, 2007                             _____
                                                                                       THE HON. D. LOWELL JENSEN
UNITED STATES DISTRICT COURT
JUDGE

STIPULATION AND ORDER
CR 02-40085 DLJ                                    2